NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000719**
**28-MAR-2016**
**08:53 AM**

NO. CAAP-15-0000719

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION as Indenture Trustee for CASTLE PEAK 2012-1 Loan Trust Mortgage Backed Notes, Series 2012-1, Plaintiff-Appellee,
v.
EDITH MARGARET BIKLE, Defendant-Appellant,
and
JON M. HIGASHI and FAYE T. HIGASHI, Trustees of the Higashi Family Trust 2001, Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50, DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-033)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 3, 2015, Defendant-Appellant Edith Margaret Bikle (Appellant) filed a notice of appeal;

(2) On December 4, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before January 13, 2016;

(3) Appellant did not file the opening brief, or request an extension of time;

(4) On February 19, 2016, the appellate clerk notified Appellant that the time for filing the opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on February 29, 2016, for appropriate action, which could include dismissal; and

(5) Thereafter, Appellant did not file the opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 28, 2016.

Presiding Judge

Associate Judge

Associate Judge